```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
UZZOL SIDDIKY and KAWSAR A. MARUF,  :    15 Civ. 9705 (JCF)
on behalf of themselves and on      :
behalf of other similarly-situated  :       O R D E R
individuals,                        :
                                    :
                Plaintiffs,         :
                                    :
      - against -                   :
                                    :
UNION SQUARE HOSPITALITY GROUP,     :
LLC, GRAMERCY TAVERN CORP., and     :
GT OPERATING COMPANY, LLC,          :
                                    :
                Defendants.         :
- - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 4/21/17 |

Currently pending before the Court is plaintiffs' Motion for Settlement Approval. It is hereby ORDERED that by April 28, 2017, counsel certify compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1715(b). See Perez v. Jupada Enterprises, Inc., No. 10 Civ. 3118, 2012 WL 3042928, at *1-2 (S.D.N.Y. July 25, 2012).

                        SO ORDERED.

                        /s/ James C. Francis IV
                        JAMES C. FRANCIS IV
                        UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       April 21, 2017

1

Copies transmitted this date:

Elizabeth J. Chen, Esq.
Tanvir H. Rahman, Esq.
Jeanne-Marie B. Christensen, Esq.
Wigdor LLP
85 Fifth Ave., 5th Floor
New York, NY 10003

Carolyn D. Richmond, Esq.
Glenn S. Grindlinger, Esq.
Gregg M. Kligman, Esq.
Jason B. Jendrewski, Esq.
Fox Rothschild, LLP
250 Park Ave., Suite 1500
New York, NY 10017